Certificate Number: 14912-CAC-DE-040814013

Bankruptcy Case Number: 26-10319



14912-CAC-DE-040814013

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 3, 2026, at 3:28 o'clock PM EDT, Andres Ramirez completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   April 3, 2026                    By:     /s/Jai Bhatt

Name:  Jai Bhatt

Title:   Counselor