United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 26-10319-SC |
| Andres Ramirez | Chapter 7 |
| Melissa Cervantes | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: May 04, 2026 | Form ID: 318a | Total Noticed: 25 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andres Ramirez, Melissa Cervantes, 2650 Harla Ave, Costa Mesa, CA 92626-5217 |
| 42911788 | | Altus Commercial Receivables, 2121 Airline Dr Ste 520, Metairie, LA 70001-5987 |
| 42911790 | | Capital Resource International, 25852 Mcbean Pkwy Pmb 801, Valencia, CA 91355-2004 |
| 42911796 | | Good Funding, 2100 W Orangewood Ave Ste 205, Orange, CA 92868-1962 |
| 42911801 | + | Regus, 3000 Kellway DRive, Suite 140, Carrollton, TX 75006-3355 |
| 42911804 | | Vader Mountain Capital, 5 W 37th St Ste 1100, New York, NY 10018-6222 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FTHCASEY.COM | May 05 2026 06:00:00 | Thomas H Casey (TR), 26400 La Alameda, Suite 210, Mission Viejo, CA 92691-8578 |
| smg | | EDI: EDD.COM | May 05 2026 06:00:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | May 05 2026 06:00:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42911786 | | Email/PDF: AffirmBKNotifications@resurgent.com | May 05 2026 02:35:47 | Affirm, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 42911787 | ^ | MEBN | May 05 2026 02:20:29 | AllianceOne Receivables Management, 3043 Walton Rd Ste 201, Plymouth Mtng, PA 19462-2389 |
| 42911791 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | May 05 2026 02:20:00 | CarMax Auto Finance, PO Box 6045, Carol Stream, IL 60197-6045 |
| 42911789 | | EDI: CAPITALONE.COM | May 05 2026 06:00:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 42911792 | | EDI: JPMORGANCHASE | May 05 2026 06:00:00 | Chase Bank, Po Box 6294, Carol Stream, IL 60197-6294 |
| 42911793 | | EDI: JPMORGANCHASE | May 05 2026 06:00:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 42911795 | | Email/Text: inhousebk@whetstoneholdings.com | May 05 2026 02:20:00 | Everest Business Funding, 102 W 38th St Fl 6, New York, NY 10018-3664 |
| 42911794 | | Email/Text: EBN@edfinancial.com | May 05 2026 02:19:00 | EdFinancial Services, PO Box 36008, Knoxville, TN 37930-6008 |
| 42911797 | | Email/Text: customerservice.us@klarna.com | May 05 2026 02:19:00 | Klarna, 629 N High St Fl 300, Columbus, OH 43215-2929 |
| 42911798 | | Email/Text: bankruptcydpt@mcmcg.com | | |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: May 04, 2026 | Form ID: 318a | Total Noticed: 25

| | | May 05 2026 02:20:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 42911799 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 05 2026 02:20:00 | NelNet / US Dept of Education, PO Box 82561, Lincoln, NE 68501-2561 |
| 42911800 | EDI: PMSCOLLECTS.COM | May 05 2026 06:00:00 | Progressive Management Systems, 1521 W Cameron Ave Fl 1, West Covina, CA 91790-2738 |
| 42911802 | Email/Text: bankruptcygroup@sce.com | May 05 2026 02:19:00 | Southern California Edison, PO Box 800, Rosemead, CA 91770-0800 |
| 42911803 | EDI: SYNC | May 05 2026 06:00:00 | Synchrony, PO Box 965036, Orlando, FL 32896-5036 |
| 42911805 | EDI: WFCCSBK | May 05 2026 06:00:00 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |
| 42911806 | Email/Text: bankruptcynotice@westlakefinancial.com | May 05 2026 02:20:00 | Westlake Financial Services, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID** | **Bypass Reason** | **Name and Address**
cr | | Peritus Portfolio Services II, LLC as servicer for

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Benjamin Heston | on behalf of Debtor Andres Ramirez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston | on behalf of Joint Debtor Melissa Cervantes bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Sheryl K Ith | on behalf of Creditor Peritus Portfolio Services II LLC as servicer for Westlake Financial Services sith@cookseylaw.com

Thomas H Casey (TR) | msilva@tomcaseylaw.com thc@trustesolutions.net

United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Andres Ramirez | Social Security number or ITIN   xxx–xx–6420 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Melissa Cervantes | Social Security number or ITIN   xxx–xx–8244 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Central District of California

Case number:   8:26–bk–10319–SC

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andres Ramirez
dba AR Painting

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 5/4/26

Melissa Cervantes

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 5/4/26

**Dated:** 5/4/26

**By the court:**   Scott C Clarkson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

16/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**                    page 2